UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

DEBORAH DONOGHUE,

                 Plaintiff,

         -against-

SHANE MCMAHON and YOU ON
DEMAND HOLDINGS, INC.,

               Defendants.

-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___4/26/16___

16-cv-01877-ALC

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

         The Court will hold a pre-motion conference in this case on May 6, 2016, at 11:15 a.m. regarding counsel to Defendants' letter dated April 15, 2016, requesting a pre-motion conference on Defendants' anticipated motion to dismiss pursuant to Federal Rules 12(b)(6), and Plaintiff's letter dated April 20, 2016, regarding an anticipated motion to disqualify defense counsel. The parties (and/or counsel) should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

SO ORDERED.

Dated:   April 26, 2016

         New York, New York

                                   ANDREW L. CARTER, JR.
                                   United States District Judge