# MIRIAM TAUBER LAW

**MEMO ENDORSED**

885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

June 6, 2016

**Via EMAIL**
Hon. Andrew L. Carter, Jr., U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square, Room 435, New York, NY 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-7-16

Re: *Donoghue v. McMahon*, No. 1:16-cv-01877-ALC (S.D.N.Y.)

Your Honor:

I submit this Joint Status Report on behalf of all parties, pursuant to the Court's order following the pre-motion conference held on May 6, 2016.

The parties have agreed to resolve this matter by entering into a confidential Settlement Agreement and Mutual Release (the "Settlement Agreement"). The parties anticipate executing the Settlement Agreement within seven days following this letter, and Plaintiff anticipates filing a notice of dismissal of this action within thirty days, or by July 7, 2016, if not sooner.

We thank you for your attention to this case.

Respectfully submitted,

*s/ Miriam Tauber*

Miriam Tauber
*Attorney for Plaintiff Deborah Donogue*

cc: All counsel of record (via email)

---

*Handwritten endorsement:*

In the event that the parties have not filed a notice of dismissal by July 7, 2016, the parties shall file a joint status report with the Court by that date.

SO ORDERED.

/s/ Andrew L. Carter
6-7-16