UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH DONOGHUE,                                :
                                                 :
                  Plaintiff,       :
                                                 :  Case No. 16 Civil 1877 (ALC)(KNF)
  - against -                                   :
                                                 :
YOU ON DEMAND HOLDINGS, INC.,                    :
                                                 :
                Nominal Defendant,   :
-     and -                                    :
                                                 :
SHANE McMAHON,                                   :
                                                 :
                Defendant.       :
------------------------------------------------------------X

## STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, that the above-captioned action is hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Date:  New York, New York        MIRIAM TAUBER LAW PLLC
        June 23, 2016
                                      By  *s/ Miriam Tauber*
                                        MIRIAM TAUBER LAW
                                        Miriam Deborah Tauber (MT-1979)
                                        885 Park Avenue 2A
                                        New York, New York 10075
                                        Telephone: (323) 790-4881
                                        Email: miriamtauberlaw@gmail.com

                                LAW OFFICE OF DAVID LOPEZ
                                        David Lopez
                                        171 Edge of Woods Road, PO Box 323
                                        Southampton, New York 11968
                                        Telephone: (631) 287-5520
                                        Email: DavidLopezEsq@aol.com

                                *Attorneys for Plaintiff Deborah Donoghue*

| | |
|---|---|
| Date:  New York, New York<br>         June 23, 2016 | K&L GATES LLP<br><br>By  *s/ Peter N. Flocos*  <br>     Peter N. Flocos<br>     599 Lexington Avenue<br>     New York, New York 10022-6030<br>     Telephone: (212) 536-3900<br>     Email:  peter.flocos@klgates.com<br><br>*Attorneys for Defendants YOU On Demand*<br>*Holdings, Inc. and Shane McMahon* |

2