UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DEBORAH DONOGHUE,

                Plaintiff,

    - against -

YOU ON DEMAND HOLDINGS, INC.,

                Nominal Defendant,
-     and -

SHANE McMAHON,

                Defendant.
---------------------------------------------------------------X

Case No. 16 Civil 1877 (ALC)(KNF)

## **STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED, by and between the parties to this action, through their undersigned counsel, that the above-captioned action is hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Date:  New York, New York
         June 23, 2016

MIRIAM TAUBER LAW PLLC

By  *s/ Miriam Tauber*
    MIRIAM TAUBER LAW
    Miriam Deborah Tauber (MT-1979)
    885 Park Avenue 2A
    New York, New York 10075
    Telephone: (323) 790-4881
    Email: miriamtauberlaw@gmail.com

LAW OFFICE OF DAVID LOPEZ
    David Lopez
    171 Edge of Woods Road, PO Box 323
    Southampton, New York 11968
    Telephone: (631) 287-5520
    Email: DavidLopezEsq@aol.com

*Attorneys for Plaintiff Deborah Donoghue*

Date: New York, New York          K&L GATES LLP
      June 23, 2016

By *s/ Peter N. Flocos*
   Peter N. Flocos
   599 Lexington Avenue
   New York, New York 10022-6030
   Telephone: (212) 536-3900
   Email:  peter.flocos@klgates.com

*Attorneys for Defendants YOU On Demand Holdings, Inc. and Shane McMahon*